**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 97-1964**

_____

JUDY CONNELL,

                              Plaintiff - Appellant,

        versus

HOSPITALITY RESOURCES, INCORPORATED, d/b/a
Captain D's; JIM CORNELL,

                              Defendants - Appellees.

_____

Appeal from the United States District Court for the District of
South Carolina, at Florence.   Cameron McGowan Currie, District
Judge.  (CA-96-927-4-22)

_____

Submitted:  April 7, 1998          Decided:  May 27, 1998

_____

Before WIDENER and WILLIAMS, Circuit Judges, and BUTZNER, Senior
Circuit Judge.

_____

Dismissed by unpublished per curiam opinion.

_____

John Alexander Gaines, Florence, South Carolina, for Appellant.
Dean B. Bell, BETHEA, JORDAN & GRIFFIN, P.A., Hilton Head Island,
South Carolina, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's order adopting the magistrate judge's report and recommendation and granting summary judgment to Defendant Hospitality Resources, Inc., in Appellant's suit alleging sexual harassment and hostile environment in violation of Title VII of the Civil Rights Act of 1964, 42 U.S.C.A. § 2000e-2 (West 1994 & Supp. 1997). The action remains pending as to Defendant Jim Conley, erroneously listed as Jim Cornell in the complaint. We dismiss the appeal for lack of jurisdiction because the order is not appealable. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (1994), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (1994); Fed. R. Civ. P. 54(b); Cohen v. Beneficial Indus. Loan Corp., 337 U.S. 541 (1949). The order here appealed is neither a final order nor an appealable interlocutory or collateral order.

We dismiss the appeal as interlocutory. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED